IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAKENDRA KERTIS**                                                                 **PLAINTIFF**

V.                                          4:18CV00650 JM

**PARKWAY VILLAGE, INC.**                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 12th day of November, 2019.

_____
James M. Moody Jr.
United States District